RECEIVED

JUL 1 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| YELENA RYAN, ET AL. | * CIVIL ACTION NO. 2:17 -CV-00287 |
| | * |
| v. | * |
| | * JUDGE JAMES T. TRIMBLE, JR. |
| CALCASIEU PARISH POLICE JURY, | * |
| ET AL. | * |
| | * MAGISTRATE JUDGE KAY |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, and the reasons set forth therein, and for the reasons stated in the Report and Recommendation (Rec. Doc. 18) of the Magistrate Judge previously filed herein,

**IT IS ORDERED** that plaintiffs' Motion to Remand (Rec. Doc. 8) is **GRANTED**, and their Motion for Attorneys' Fees is **DENIED.** The case is remanded to the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this ᴊᴜ 1 ᵗʰ Day of July, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE